■ FEDERAL INSURANCE COMPANY, Plaintiff, v A-TECH CONCRETE COMPANY, INC., Appellant, and VILLAGE OF NYACK, Respondent. [42 NYS3d 851]—In a subrogation action to recover damages for injury to property, the defendant A-Tech Concrete Company, Inc., appeals, as limited by its brief, from so much of an order of the Supreme Court, Rockland County (Walsh II, J.), dated January 12, 2015, as failed to determine that branch of its motion which was for summary judgment dismissing all cross claims asserted against it.

Ordered that the appeal is dismissed, without costs or disbursements.

The Supreme Court failed to determine that branch of the motion of the defendant A-Tech Concrete Company, Inc. (hereinafter A-Tech), which was for summary judgment dismissing all cross claims asserted against it by the defendant Village of Nyack. Accordingly, since that branch of A-Tech's motion remains pending and undecided, we dismiss the appeal (*see Zhiwei Mao v Krantz & Levinson Realty Corp.*, 117 AD3d 944 [2014]; *Hawkins-Bond v Konefsky*, 48 AD3d 417 [2008];

*Bah v City of New York*, 38 AD3d 486 [2007]; *Hirsch v City of New York*, 32 AD3d 995 [2006]; *Dyrmyshi v Clifton Place Dev. Group, Inc.*, 7 AD3d 564 [2004]; *Lopez v Massachusetts Mut. Life Ins. Co.*, 170 AD2d 583 [1991]). Hall, J.P., Sgroi, Maltese and Duffy, JJ., concur.